**Opinion issued November 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00900-CV

_____

**KAREN MADARAS, Appellant**

**V.**

**DWANE BROUSSARD, M.D., MADHAVI REDDY, M.D., JULIE TOLL, M.D., NILA GODFREY, P.A., KAYLA HALFMANN F/K/A KAYLA POLLET, P.A., AND YANA ROMANOV, P.A., Appellees**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2021-70174A

## MEMORANDUM OPINION

On October 27, 2023, appellant filed an unopposed motion to dismiss this

appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 41.2(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.